IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRYSTAL GRAY                                                              PLAINTIFF

V.                             CASE NO. 4:09CV00662

ARKANSAS DEPARTMENT OF
HUMAN SERVICES, ET AL.                                                     DEFENDANTS

ORDER

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Plaintiff is directed to provide proof of service as to all Defendants within 20 days after entry of this Order. Failure to provide proof may result in all Defendants being dismissed without prejudice and therefore dismissing the case in full.

IT IS SO ORDERED this  4  day of January, 2010.

_____
James M. Moody
United States District Judge