IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRYSTAL GRAY**                                                                                         **PLAINTIFF**

**VS.**                          **CASE NO. 4:09CV00662 JMM**

**ARKANSAS DEPARTMENT OF HUMAN SERVICES
(DHS), JOHN SELIG, DIRECTOR, ET AL.**                        **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed.

IT IS SO ORDERED this <u>22</u> day of March, 2010.

 

_____
James M. Moody
United States District Judge